Eric D. Houser (SBN 130079)
Jessica L. Yared (SBN 267658)
HOUSER & ALLISON
A Professional Corporation
701 Palomar Airport Road, Suite 200
Carlsbad, California 92011
Telephone: (760) 603-9664
Facsimile: (760) 603-9668
Email: jyared@houser-law.com

Attorneys for Defendant Ocwen Loan Servicing, LLC.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FARID MASHIRI, an individual<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC., and DOES 1 through 25<br><br>Defendants. | CASE NO.: **'13CV1214 JAH KSC**<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

**TO THE CLERK OF THE COURT AND PLAINTIFF HEREIN:**

**PLEASE TAKE NOTICE** that Defendant Ocwen Loan Servicing, LLC ("Ocwen" and/or "Defendant") by and through its undersigned counsel, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.

1. Defendant Ocwen, as a wholly owned subsidiary of sole member Ocwen Financial Corporation, a publicly traded company.

There are no other known parties-other than the parties to the lawsuit-that have a direct, pecuniary interest in the outcome of this case other than parties identified in the caption and the entities listed above. Defendants reserve the right to supplement or amend the above as discovery continues. These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: May 22, 2013      HOUSER & ALLISON
A Professional Corporation

/s/ Jessica L. Yared
Jessica L. Yared, Esq.
Attorneys for Defendant Ocwen Loan Servicing, LLC

2

**CERTIFICATE OF INTERESTED PARTIES**